```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BOBBIE J. MONTOYA
    ANA MARIA MARTEL
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone:  (916) 554-2726
 5
    Attorneys for Plaintiff
 6

 7

 8            IN THE UNITED STATES DISTRICT COURT FOR THE

 9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CR S 00-345-FCD
                                     )
12                Plaintiff,         )
                                     )   RELEASE OF LIEN
13       v.                          )   FOR FINE/RESTITUTION
                                     )
14  RICHARD SHEARER,                 )
                                     )
15  SSN:  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                )
                                     )
16                Defendant.         )
                                     )
17  _____)

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19       Release of the judgment lien obtained herein is hereby

20  acknowledged, and you are instructed to enter a Release of Lien

21  for Fine/Restitution.  A Notice of Lien For Fine/Restitution was

22  entered by the Recorder of Siskiyou County, Doc-02-0019261, on

23  December 10, 2002.  The Notice of Lien For Fine/Restitution is

24  hereby acknowledged as released as to Defendant Richard Shearer.

25  DATED:    1-13-05               McGREGOR W. SCOTT
                                    United States Attorney
26
                                By: [signature]
27                                  BOBBIE J. MONTOYA
                                    Assistant U.S. Attorney
28
```

344.FIN